# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER SANDERS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | CV-18-49-GF-BMM-JTJ<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION** |

United States Magistrate Judge John Johnston entered Findings and Recommendation in this matter on March 20, 2018. (Doc. 3.) Judge Johnston recommended that the Court deny Plaintiff Christopher Sanders's ("Sanders") motion to proceed in forma pauperis in this matter due to Sanders's filing history and failure to show imminent danger of serious physical injury as required by the Prison Litigation Reform Act. *Id.* at 2-3.

Sanders is not entitled to object to the Findings and Recommendation. *Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998). The Court has reviewed Judge Johnston's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313

1

(9th Cir. 1981). The Court finds no error in Judge Johnston's Findings and Recommendation, and adopts them in full.

## I.     ORDER

Accordingly, **IT IS ORDERED** that Magistrate Judge Johnston's Findings and Recommendation3 (Doc. 3) is **ADOPTED IN FULL**.

Sanders's Motion to Proceed in Forma Pauperis (Doc. 1) is **DENIED** pursuant to 28 U.S.C. § 1915(g).

The Clerk of Court is directed to close this case and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DATED this 5th day of April, 2018.

_____
Brian Morris
United States District Court Judge